DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Daniel.Hollingsworth@usdoj.gov
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CR-304-RCJ-(RJJ) |
| ELIJAH WILLIE AKPAN, | ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S MOTION TO UNSEALTHE SEALED EX PARTE MOTION TO SUBSTITUTE AND TO FORFEIT PROPERTY OF ELIJAH WILLIE AKPAN**

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully requests this Court to unseal the United States of America's Sealed Ex Parte Motion to Substitute and to Forfeit Property of Elijah Willie Akpan, which was filed under seal on or about May 23, 2013, for the purpose of seizure of substitute assets. The United States feared that if the Motion was served on the other party before the substitute assets were taken into custody, the assets would disappear. The Federal Bureau of Investigation seized the substitute assets on June 19, 2013.

. . .

1  For these reasons, this Court should unseal the United States of America's Sealed Ex Parte Motion to Substitute and to Forfeit Property of Elijah Willie Akpan so service of process can be completed.

DATED this 8th day of August, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATED: October 8, 2013

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of **THE UNITED STATES OF AMERICA'S MOTION TO UNSEALTHE SEALED EX PARTE MOTION TO SUBSTITUTE AND TO FORFEIT PROPERTY OF ELIJAH WILLIE AKPAN** on the 8th day of August, 2013, by the below identified method of service:

CM/ECF:

Chijioke O. Ikonte
Law Offices of Chijioke O. Ikonite
3540 Wilshire Blvd., Ste. 850
Los Angeles, CA 90010
Email: cikonte@yahoo.com
*Counsel for Elijah Willie Akpan*

Liborius I. Agwara
Agwara & Associates
1058 E. Sahara Ave., Ste. B
Las Vegas, NV 89104
Email: agwaralaw@yahoo.com
*Counsel for Elijah Willie Akpan*

William C. Horne
Law Office of William C. Horne, LLC
601 S. 7th Street
Las Vegas, NV 89101
Email: william@hornelawfirm.com
*Counsel for Elijah Willie Akpan*

Douglas M. Rowan
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Email: douglas.rowan@wilsonelser.com
*Counsel for Elijah Willie Akpan*

                                                /s/ Michelle C. Lewis
                                                MICHELLE C. LEWIS
                                                Paralegal Specialist